Ines Villegas-Solano
33074359
FCC/CCA  P.O. BOX 6900
Florence, Az. 85232



Movant / pro se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CENTRAL CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>Ines Villegas-Solano, )<br>Movant. )<br>)<br>_____ ) | Case No. 08CR1110 W<br><br>MOTION TO CORRECT, VACATE<br>OR TO SET ASIDE SENTENCE<br>BY AN INMATE IN FEDERAL<br>CUSTODY, PURSUANT TO 28 U.S.C<br>§2255 |

    **COMES NOW**, the Movant, Ines Villegas-Solano, heareafter
[Mr.] Solano" pro se and hereby moves this Honorable Court for
time reduction from his Court imposed sentence of 24 months.

    Mr. Solano was convicted for Illegal Reentry, in violation
of 8 U.S.C. §1326.  Consequently, Mr. Solano was sentenced to 24
month prison term.

    Mr. Solano now moves this Honorable Court for a time
reduction on the basis that his Court appointed public defender
failed to move this Court for consideration of mitigating factors
which if such factors had been properly considered, perhaps Mr.
Solano would have been imposed to a much lower sentece.

    This motion is supported with its attached memorandum of
law and to its points and authorities cited therein.

RESPECTFULLY SUBMITTED, this 30th day of June, 2008.

_____

Movant / pro se