# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INES VILLEGAS-SOLANO,<br><br>                Petitioner,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. 08-CR-1110 W<br>           08-CV-1243 W<br><br>**ORDER ESTABLISHING BRIEFING SCHEDULE** |

On July 10, 2008 Petitioner Ines Villegas-Solano filed a habeas-corpus petition challenging his federal sentence under 28 U.S.C. § 2255 on due process grounds. The court hereby **ORDERS** that the Government shall file a return to the petition by **October 20, 2008**. Villegas-Solano shall file his traverse, should he so choose, by **December 8, 2008,** after which the court may rule on the papers submitted and without oral argument under Civil Local Rule 7.1(d)(1).

      IT IS SO ORDERED.

DATED: July 21, 2008

                                        Hon. Thomas J. Whelan<br>                                        United States District Judge